# EXHIBIT A

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,563,607**

**United States Patent and Trademark Office** **Registered Jan. 20, 2009**

## SERVICE MARK
### PRINCIPAL REGISTER

# UCHOOSE REWARDS

FISERV, INC. (WISCONSIN CORPORATION)
255 FISERV DRIVE
BROOKFIELD, WI 53045

FOR: PROMOTING THE SALE AND INCREASED UTILIZATION OF CREDIT AND DEBIT CARD ACCOUNTS THROUGH THE ADMINISTRATION OF INCENTIVE AWARD PROGRAMS FOR CREDIT UNIONS AND BANKS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-9-2008; IN COMMERCE 6-9-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REWARDS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-452,300, FILED 4-18-2008.

ALICE BENMAMAN, EXAMINING ATTORNEY