# EXHIBIT B

uChoose

Redeem your card →

# Give your gift card superpowers!

Why play gift card roulette? With uChoose, you're giving access to over 200 top brands. No need for psychic powers! Gift the freedom of choice, and ensure even Jim from finance, who's strangely passionate about artisanal pickles, finds his thing.

Redeem your card → | Get in touch




### No PhD needed!

Tired of gift card gymnastics? Enter uChoose. Buy, send, and let them pick. It's so easy even your grandma can do it —without calling you for help!

### From lattes to lizards!

Dive into a pool of over 200 brands. Whether it's coffee cravings or… exotic reptile needs (we don't judge), there's a brand waiting to be chosen.

### Gifting without the cringe!

Want to wow employees or clients without the yawn factor? uChoose is like that office hero who knows everyone's coffee order. Personalized gifting without the guesswork.

## Gift the Ultimate 'You're-Awesome' with uChoose!

Think gifting's just about the gift? Think again! With uChoose, you're not just handing over a card; you're giving a golden ticket to a wonderland of over 200 brands. It's like saying, "Hey, remember that time you worked till 3am? Here's a little 'you're legendary' token."

Get in touch →

" In the grand theater of workplace perks, uChoose is that unexpected encore that steals the show. It's more than a card; it's a high-five, a pat on the back, and a wink all rolled into one. Cheers to feeling like the office superhero! "



# Why play guessing games? Gift everyone's favorites with uChoose!

Ever scratched your head, wondering how to delight Lisa, the tech wizard who's into organic teas, and Max, the chatty customer service champ with a secret love for indie music? Here's the trick: Don't guess. Gift uChoose.



**Physical Stores**

- Starbucks
- Walmart
- American Eagle
- Best Buy
- McDonald's
- Dunkin'
- Lululemon
- Apple

**Online Stores**

- Amazon
- American Airlines
- Apple
- Booking.com
- Netflix
- Google Play
- Spotify
- Fandango

Redeem your card →

# FAQs

### How does my company distribute uChoose cards to recipients?

We'll provide a simple spreadsheet template to collect names and emails. Once you send it back, we'll email each person their uChoose card—quick and effortless!

### Do you offer physical cards?

Nope! uChoose is fully digital, meaning no shipping delays and near-instant delivery. Less paper, less hassle.

### Can we select certain categories or brand packages?

Absolutely. Choose from curated packages (like Coffee Lovers, Restaurant-Only, Travel, etc.) or create a custom lineup from over 200 brands.

### Is there a minimum or maximum order size?

Typically, orders start at $5,000 and can go all the way up into the hundreds of thousands. Let us know what you need, and we'll tailor a solution for you.

### Can recipients split their balance across multiple brands?

Yes. They can redeem part of their balance at one retailer and save the remainder for another—full flexibility.

### Do these uChoose cards ever expire?

Each digital uChoose card does have an expiration date. However, once it's redeemed for a specific brand gift card (excluding Visa), that gift card typically does *not* expire. Just check the brand's policy.

### Can administrators track usage or redemptions?

Yes. We can generate a redemption report so you can see when (and where) the cards are used—great for measuring ROI and engagement.

### What if someone has an issue redeeming their card?

It's extremely rare, but if it happens, our support team is ready to help. Just email or call us, and we'll sort things out in no time.

Why are you still reading? Let's roll!

# Grab your super-powered uChoose card and redefine gifting

Redeem your card →

Get in touch

uChoose